IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**KERRY L MORRISON,**

    **Plaintiff,**

v.                                                **CASE NO. 1:05-cv-00180-MP-AK**

**ALACHUA COUNTY SHERIFFS OFFICE,**
et al,

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff is proceeding pro se alleging non specific claims of civil rights violations. (Doc. 1).  By Order dated November 15, **2005**, Plaintiff was denied leave to proceed in forma pauperis because the financial information provided was incomplete and appeared to show substantial monthly income.  (Doc. 6).  Plaintiff was directed to complete a form complaint providing more information about his claims, which he did (doc. 7), but which did not add anything to the original complaint such that the Court could still not discern what constitutional claims he was asserting.  On February 2, 2006, Plaintiff was directed to again file another complaint and complete an additional financial affidavit.  (Doc. 11).  When nothing was filed in **over nine months** and no further communication was made by the Plaintiff, the Court issued a show cause order requesting a response on or before December 1, 2006.  (Doc. 12).  Plaintiff responded on December 11, 2006, with no amended complaint and an amended financial affidavit that still shows monthly income of over $3000.00.

This case has been pending over one year without a coherent and viable

complaint on file.  Even Plaintiff's status to proceed in forma pauperis is unresolved because of his inordinate delays in responding to court orders and in failing to complete forms provided to him.  Plaintiff has since February 2, 2006, failed to comply with the Court's order to file an amended complaint that specifically sets forth what he alleges happened to him, what constitutional rights were violated and specifically by whom.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** without leave to proceed being granted for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and for failure to comply with orders of this court which have resulted in a failure to prosecute this cause of action.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of December, 2006.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:05-cv-00180-MP-AK*