IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KERRY L MORRISON,

    Plaintiff,

v.                                      CASE NO. 1:05-cv-00180-MP-AK

ALACHUA COUNTY SHERIFFS OFFICE,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, the Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to prosecute and to follow an order of the Court. The plaintiff filed a document during the objection period, doc. 21, but it was not an objection. The Court agrees with the Magistrate Judge that, by repeatedly failing to file an amended complaint on the proper forms as required by the Magistrate Judge, Plaintiff has failed to prosecute this case and to comply with orders of the Court. The attempt to file an Amended Complaint, doc. 22, is neither timely nor compliant with the Court's directions. Accordingly, it is hereby,

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *13th*  day of June, 2007

                          *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge